UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-23747-CIV-JORDAN

| | |
|---|---|
| MARIA SIDLOSCA, | ) |
| Plaintiff | ) ) |
| vs. | ) |
| HARRISON BYCK LAW OFFICES, P.C., | ) ) |
| Defendant | ) |
| _____ | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

In light of the notice of settlement [D.E. 7], this case is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

Because the parties have requested 60 days to complete a settlement and file a dismissal, I will retain jurisdiction of this case through February 11, 2011, so that the parties may file a stipulation of dismissal *with prejudice* (if they so choose), or should the parties not successfully finalize a settlement, move to re-open this case.

If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, a copy of the agreement must also be filed with the clerk in the public record. If the settlement agreement contains confidential or proprietary information that the parties wish to redact, a redacted copy of the agreement must be filed in the public record. In that case, the parties must submit an unredacted copy of the agreement to chambers for *in camera* review.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of December, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record