IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

MARIA SIDLOSCA,

    Plaintiff,

v.

HARRISON BYCK LAW OFFICES, P.C.

    Defendant.
_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

    **RESPECTFULLY SUBMITTED** this 6th Day of January, 2011.

By: **s/Alex Weisberg**
**Alex Weisberg**
**WEISBERG & MEYERS, LLC**
**5722 South Flamingo Road, #656**
**Cooper City, FL 33330**
**954 337 1885**
**866 775 3666 facsimile**
**aweisberg@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 6th Day of January, 2011, with:

United States District Court CM/ECF system

By: s/Jeanette Soto
    Jeanette Soto

Notice of Dismissal - 1

## **CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Harrison Ross Byck, Harrison Ross Byck, Esq., P.C., 229 Plaza Boulevard, Suite 112, Morrisville PA 19067, by depositing the same on January 7, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com