UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-23747-CIV-JORDAN

| | |
|---|---|
| MARIA SIDLOSCA, | ) |
| Plaintiff | ) |
| vs. | ) |
| HARRISON BYCK LAW OFFICES, P.C., | ) |
| Defendant | ) |

**ORDER DISMISSING CASE WITH PREJUDICE**

In light of the notice of dismissal [D.E. 9], this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, a copy of the agreement must also be filed with the clerk in the public record. If the settlement agreement contains confidential or proprietary information that the parties wish to redact, a redacted copy of the agreement must be filed in the public record. In that case, the parties must submit an unredacted copy of the agreement to chambers for *in camera* review.

This case remains CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of January, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record